UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: ) Case No. 99-77794-MGD
)
Ralph Pharram, ) Chapter 13
)
Debtor. )

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" on July 29, 2004 and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the registry of the court in the amount of $3,141.49 on behalf of PNC Mortgage. On 4/21/14, PNC Bank, National Association, filed a petition seeking payment of this sum. The petition and the documents attached thereto establish that claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $3,141.49, payable to PNC Bank, National Association and shall send said check to payee at the following address: PNC Bank, National Association Attn: David L. Zive, 1600 Market Street, 28th Floor Philadelphia, PA 19103.

IT IS SO ORDERED, this 6th day of May 2014.

*Mary Grace Diehl*
MARY GRACE DIEHL
UNITED STATES BANKRUPTCY JUDGE

No Opposition:

_____
Mary Ida Townson, Chapter 13 Trustee

Bar # 715063

Page 1 of 2

Application Submitted By:

*[signature]*

Lawrence Reynolds, Senior Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103
215-585-6351

Distribution List:
US Attorney, 1800 Richard Russell Federal Bldg, 75 Spring St. SE, Atlanta, GA 30303
PNC Bank, National Association, Attn: David L. Zive 1600 Market Street, 28th Floor
Philadelphia, PA 19103
Mary Ida Townson, Case Trustee, courtdailysummary@atlch13tt.com,
Ralph Pharram, Debtor, 1285 Country Address Clarkston, GA 30021
Sheila M. Govan, Debtors Attorney, govan_govan@bellsouth.net